# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE CITY DIVISION
# 1:07cv330

| | |
|---|---|
| TAMMY A. MCMAHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Commissioner's Motion to Remand [# 36]. The Commissioner move the Court to remand this case pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Counsel for Plaintiff consents to the motion. Accordingly, the Court **GRANTS** the Commissioner's motion [# 36] and **REMANDS** this case pursuant to sentence four of 42 U.S.C. § 405(g) so that the Appeals Council can remand the case to an Administrative Law Judge for a new hearing.

Signed: February 21, 2012

Dennis L. Howell
United States Magistrate Judge

-1-