```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
             ASHEVILLE CITY DIVISION
                    1:07cv330
```

| TAMMY A. MCMAHAN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| MICHAEL J. ASTRUE, | ) |  |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Pending before the Court is the Commissioner's Motion to Remand [# 36]. The Commissioner move the Court to remand this case pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Counsel for Plaintiff consents to the motion. Accordingly, the Court **GRANTS** the Commissioner's motion [# 36] and **REMANDS** this case pursuant to sentence four of 42 U.S.C. § 405(g) so that the Appeals Council can remand the case to an Administrative Law Judge for a new hearing.

Signed: February 21, 2012

Dennis L. Howell
United States Magistrate Judge